**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINH QUOC TA, | ) NO. CV 03-00076-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CHERYL PLILER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 6, 2009

RONALD S.W. LEW

_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE